No. 96–9239. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–31. SMITH *v.* CALIFORNIA FAIR EMPLOYMENT AND HOUSING COMMISSION ET AL. Sup. Ct. Cal. Motions of American Jewish Congress et al. and Defenders of Property Rights for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–174. ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW ET AL. *v.* FOSTER, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Motion of Public Citizen for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1231. E. I. DU PONT DE NEMOURS & CO. *v.* SHERIDAN. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1591. CALDERON, WARDEN *v.* SILVA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1719. GALLO ET AL. *v.* AMOCO CORP., AS PLAN ADMINISTRATOR, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1755. CALDERON, WARDEN *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (HAYES, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of respondent Blufford Hayes, Jr., for leave to proceed *in forma pauperis* granted. Certiorari denied.